IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| LUIS MARTINEZ, | ) | CASE NO. 11-09313 |
| | ) | |
| Debtor(s) | ) | JUDGE CAROL A. DOYLE |
| | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   THE HONORABLE CAROL A. DOYLE,
      BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,750.03 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $10,000.25. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 500.03 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| | | |
| TOTAL COMPENSATION | $ 1,750.03 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                $_____0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: _____                /s/ Norman B. Newman
                                            NORMAN NEWMAN, Trustee
                                            MUCH SHELIST
                                            191 N. WACKER DRIVE
                                            SUITE 1800
                                            CHICAGO, IL  60606-1615

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Luis Martinez
c/o Norman B. Newman
191 N Wacker Dr
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **02/22/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009400.0009**

11 - Trustee Matters

**FEES THROUGH FEBRUARY 22, 2012**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/01/11 | NBN | Meet with J. Gansberg regarding objection to exemption. | 0.30 |
| 08/26/11 | NBN | Review scheduling of hearing on objection to personal injury exemption. | 0.20 |
| 09/21/11 | NBN | Correspondences with Debtor's attorney and J. Gansberg regarding settlement of exemption claim. | 0.30 |
| 09/30/11 | NBN | Review settlement offer from Debtor's attorney regarding exemption claim. | 0.20 |
| 10/27/11 | NBN | Review letter from personal injury attorney and deposit settlement proceeds. | 0.20 |
| 11/02/11 | NBN | Review schedules for asset notice. | 0.40 |
| 11/04/11 | NBN | Review updated auction results. | 0.20 |
| 11/15/11 | NBN | Review claim bar date notice. | 0.20 |
| 02/06/12 | NBN | Review claims bar date notice. | 0.20 |
| | | **Total Hours** | **2.20** |