**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-09313 |
|     LUIS MARTINEZ, | § | |
| | § | Hon. Carol A. Doyle |
|                      Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 05/01/2012 in Courtroom 742, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/04/2012          By:   /s/NORMAN NEWMAN
                                        Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MARTINEZ, LUIS § Case No. 11-09313
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.25 |
| *and approved disbursements of* | $ 108.07 |
| *leaving a balance on hand of* [1] | $ 9,892.18 |
| **Balance on hand:** | $ 9,892.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,892.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 1,750.03 | 0.00 | 1,675.58 |
| Attorney for Trustee, Fees - Much Shelist, P.C. | 8,136.00 | 0.00 | 7,789.85 |
| Attorney for Trustee, Expenses - Much Shelist, P.C. | 445.71 | 0.00 | 426.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,892.18 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $     0.00
Remaining balance:  $     0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $     0.00
Remaining balance:  $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,046.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nebraska Student Loan Program, Inc. | 58,046.45 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $     0.00
Remaining balance:  $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                            Case No. 11-09313-CAD
Luis Martinez                                                     Chapter 7
       Debtor               CERTIFICATE OF NOTICE
District/off: 0752-1          User: vwalker               Page 1 of 3              Date Rcvd: Apr 24, 2012
                              Form ID: pdf006             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2012.
db           +Luis Martinez,    5750 N. Kenmore, Apt 212,    Chicago, IL 60660-4529
17080767     +Account Recovery Services,   3031 N 114th St,    Milwaukee, WI 53222-4218
16922167     +America Recovery Services,   3031 N. 114th Street,    Milwaukee, WI 53222-4218
16922170      First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
16922171      Frost-Arnett Collection,    480 James Robertson Parkway,    Nashville, TN 37219-1212
16922177      International Home Product,    PO Box 363885,    San Juan, PR 00936-3885
16922178     +Medicredit,    3620 I-70 Drive SE, Ste. C,    Columbia, MO 65201-6582
16922180     +North American Credit Services,    2810 Walker Road,    PO Box 182221,   Chattanooga, TN 37422-7221
16922181     +People's Energy,    130 E. Randolph Dr. 17th Floor,    Chicago, IL 60601-6207
16922183     +Santander Consumer USA,    8585 N. Stemmons Freeway,    Suite 1000,    Dallas, TX 75247-3822
16922184      US Department of Education,    PO Box 5609,   Greenville, TX 75403-5609
16922185     +Wachovia Education Finance,    c/o ACS,    501 Bleecker Street,   Utica, NY 13501-2401
16922189     +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922188     +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57117,
               Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922187     +West Asset Management,    2703 N. Highway 75,    Sherman, TX 75090-2567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16922168      E-mail/PDF: recoverybankruptcy@afninet.com Apr 25 2012 03:16:14      AFNI,   PO Box 3097,
               Bloomington, IL 61702-3097
16922169      E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 25 2012 03:17:28
               Credit Collection Services,    PO Box 9134,    Needham, MA 02494-9134
16922172     +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2012 02:08:13      GEMB/JCP,    PO Box 981402,
               El Paso, TX 79998-1402
16922173     +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2012 02:08:13      GEMB/Walmart,    PO Box 981400,
               El Paso, TX 79998-1400
16922174      E-mail/Text: Bankruptcy@icsystem.com Apr 25 2012 04:08:09      IC Systems Collections,
               PO Box 64378,    Saint Paul, MN 55164-0378
16922175     +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Apr 25 2012 03:36:54
               Illinois Student Assist Comm,    1755 Lake Cook Road,    Deerfield, IL 60015-5209
16922179     +E-mail/Text: mmrgbk@miramedrg.com Apr 25 2012 04:08:17       Miramed Revenue Group,
               991 Oak Creek Drive,    Lombard, IL 60148-6408
18153205      E-mail/Text: Bankruptcy@nslp.org Apr 25 2012 03:56:20      Nebraska Student Loan Program, Inc,
               d/b/a National Student Loan Program,    PO Box 82507,    Lincoln, NE 68501-2507
16922182     +E-mail/Text: rjm@ebn.phinsolutions.com Apr 25 2012 02:36:20      RJM Acquisitions, LLM,
               575 Underhill Boulevard,    Suite 224,    Syosset, NY 11791-4437
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16922176*    +Illinois Student Assist Comm,    1755 Lake Cook Road,    Deerfield, IL 60015-5209
16922186*    +Wachovia Education Finance,    c/o ACS,    501 Bleecker Street,   Utica, NY 13501-2401
16922190*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922191*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922192*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922193*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922194*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922195*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922196*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922197*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922198*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922199*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922200*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922201*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
16922202*    +Wells Fargo Education Finance,    PO Box 84712,    Sioux Fall, SD 57118-4712
                                                                             TOTALS: 0, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: vwalker              Page 2 of 3              Date Rcvd: Apr 24, 2012
                              Form ID: pdf006            Total Noticed: 24

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: vwalker              Page 3 of 3                  Date Rcvd: Apr 24, 2012
                              Form ID: pdf006            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2012 at the address(es) listed below:
          Jeffrey L. Gansberg   on behalf of Trustee Norman Newman jgansberg@muchshelist.com, nsulak@muchshelist.com
          Kellie K Walters   on behalf of Debtor Luis Martinez kelliewalters@gmail.com, sharen_pierce@sbcglobal.net,cate@fairplayparalegal.com
          Norman B Newman   nnewman@muchshelist.com, IL63@ecfcbis.com;nsulak@muchshelist.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                         TOTAL: 4