# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MARTINEZ, LUIS § Case No. 11-09313
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $6,400.00                     Assets Exempt: $15,117.86
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00          Claims Discharged
                                                Without Payment: $58,046.45

Total Expenses of Administration: $10,000.25

3) Total gross receipts of $ 10,000.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.25 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,439.81 | 10,439.81 | 10,000.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 209,457.00 | 58,046.45 | 58,046.45 | 0.00 |
| **TOTAL DISBURSEMENTS** | $209,457.00 | $68,486.26 | $68,486.26 | $10,000.25 |

    4) This case was originally filed under Chapter 7 on March 07, 2011. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2012    By: /s/NORMAN NEWMAN
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Suit - 10 L 010501 | 1142-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.25 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 1,750.03 | 1,750.03 | 1,675.58 |
| Much Shelist, P.C. | 3110-000 | N/A | 8,136.00 | 8,136.00 | 7,789.85 |
| Much Shelist, P.C. | 3120-000 | N/A | 445.71 | 445.71 | 426.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 8.07 | 8.07 | 8.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$10,439.81** | **$10,439.81** | **$10,000.25** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nebraska Student Loan Program, Inc. | 7100-000 | 77,163.00 | 58,046.45 | 58,046.45 | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 2,625.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 2,874.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 569.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 7,931.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 1,319.00 | N/A | N/A | 0.00 |
| NOTFILED | US Department of Education | 7100-000 | 12,621.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 4,681.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Education Finance | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | People's Energy | 7100-000 | 172.00 | N/A | N/A | 0.00 |
| NOTFILED | Santander Consumer USA | 7100-000 | 22,641.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 463.00 | N/A | N/A | 0.00 |
| NOTFILED | Frost Arnett Collection | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Collection Services | 7100-000 | 382.00 | N/A | N/A | 0.00 |
| NOTFILED | AFNI | 7100-000 | 353.00 | N/A | N/A | 0.00 |
| NOTFILED | Account Recovery services | 7100-000 | 536.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/JCP | 7100-000 | 488.00 | N/A | N/A | 0.00 |
| NOTFILED | IC Systems Collections | 7100-000 | 177.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/Walmart | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| NOTFILED | Miramed Revenue Group | 7100-000 | 1,931.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Credit Services | 7100-000 | 587.00 | N/A | N/A | 0.00 |
| NOTFILED | Medicredit | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | International Home Product | 7100-000 | 1,390.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Student Assistance Assistance Commission | 7100-000 | 14,554.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Student Assistance Assistance Commission | 7100-000 | 11,281.00 | N/A | N/A | 0.00 |
| NOTFILED | RJM Acquistions LLC/RJ | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $209,457.00 | $58,046.45 | $58,046.45 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-09313  
**Case Name:** MARTINEZ, LUIS  

**Period Ending:** 06/13/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 03/07/11 (f)  
**§341(a) Meeting Date:** 04/21/11  
**Claims Bar Date:** 02/03/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 300.00 | 0.00 | DA | 0.00 | FA |
| 2  Chase Bank checking account<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 300.00 | 300.00 | DA | 0.00 | FA |
| 3  Television abt. 4 years old<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 300.00 | 300.00 | DA | 0.00 | FA |
| 4  Furniture abt. 5 years old<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 500.00 | 500.00 | DA | 0.00 | FA |
| 5  Bed abt. 6 years old<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 300.00 | 300.00 | DA | 0.00 | FA |
| 6  Laptop abt. 4 years old<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 7  Movies abt. 3-4 years old<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 500.00 | 500.00 | DA | 0.00 | FA |
| 8  Electronics abt. 4 years old<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 700.00 | 700.00 | DA | 0.00 | FA |
| 9  Debtor's Clothes<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 10  Personal Injury Suit - 10 L 010501 | 30,001.00 | 18,883.14 | | 10,000.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 0.25 | FA |
| 11  Assets   Totals (Excluding unknown values) | **$36,401.00** | **$24,983.14** | | **$10,000.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

  Settled personal injury action.  Awaiting claims bar date.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-09313  
**Case Name:** MARTINEZ, LUIS  

**Period Ending:** 06/13/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 03/07/11 (f)  
**§341(a) Meeting Date:** 04/21/11  
**Claims Bar Date:** 02/03/12

| 1<br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br>Ref. # | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br>**Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   September 30, 2012           **Current Projected Date Of Final Report (TFR):**   April 4, 2012  (Actual)

Printed: 06/13/2012 12:07 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-09313 | | **Trustee:** | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| **Case Name:** | MARTINEZ, LUIS | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******22-65 - Checking Account |
| **Taxpayer ID #:** | **-***5563 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/13/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/27/11 | {10} | Erickson & Oppenheimer | Final Settlement from Personal Injury lawsuit | 1142-000 | 10,000.00 | | 10,000.00 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 10,000.01 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,975.01 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,975.09 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,950.09 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,950.17 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,925.17 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,925.25 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,900.25 |
| 02/07/12 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #11-09313, Bond#016026455 | 2300-000 | | 8.07 | 9,892.18 |
| 05/02/12 | 1002 | Norman B. Newman, Trustee | Dividend paid 95.74% on $1,750.03, Trustee Compensation; Reference: | 2100-000 | | 1,675.58 | 8,216.60 |
| 05/02/12 | 1003 | Much Shelist, P.C. | Dividend paid 95.74% on $8,136.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,789.85 | 426.75 |
| 05/02/12 | 1004 | Much Shelist, P.C. | Dividend paid 95.74% on $445.71, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 426.75 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **10,000.25** | **10,000.25** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **10,000.25** | **10,000.25** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.25** | **$10,000.25** | |

```
Net Receipts :    10,000.25
                 _____
Net Estate :     $10,000.25
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******22-65** | 10,000.25 | 10,000.25 | 0.00 |
| | **$10,000.25** | **$10,000.25** | **$0.00** |

{} Asset reference(s)    Printed: 06/13/2012 12:07 PM    V.13.02